IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CLELLA MILLER,**

    **Plaintiff,**

v.

**TECO BARGE LINE, Inc.,**
**d/b/a MID-SOUTH TOWING CO. &**
**d/b/a TECO ENERGY, Inc.,**

    **Defendant.**                    Case No. 06-cv-982-DRH

## ORDER

**HERNDON, District Judge:**

This Order hereby **ACKNOWLEDGES** the Parties' Stipulation of Dismissal With Prejudice (Doc. 20), filed pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41**, and hereby **DISMISSES WITH PREJUDICE** all of Plaintiff's claims against Defendant in this case, with each party to bear their own costs. Judgment shall be entered accordingly and the Clerk is instructed to close the case file.

**IT IS SO ORDERED**.

Signed this 26th day of July, 2007.

                                                 /s/       David RHerndon
                                                 **United States District Judge**