IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


**CLELLA MILLER,**

    **Plaintiff,**

    vs.                                                    Cause No. 06-982 DRH

**TECO BARGE LINE, INC.,**
**d/b/a MID-SOUTH TOWING COMPANY,**
**and d/b/a TECO ENERGY, INC.,**

    **Defendant**.


## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-----------------------------------------------------------------------------


                                                   **NORBERT G. JAWORSKI, CLERK**

July 26, 2007                                 By:   s/Patricia Brown
                                                               Deputy Clerk

APPROVED: /s/ David R Herndon
                **U.S. DISTRICT JUDGE**